IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02463-BNB

BEYENE ZELALEM,

    Plaintiff,

v.

CITY OF DENVER COLORADO, sued in individual capacity,
MAYOR MICHAEL B. HANCOCK, sued in individual capacity,
DENVER SHERIFF DEPT. CORRECTIONAL OFFICER DEPUTY ANDERSON, sued in
    individual capacity,
DENVER SHERIFF DEPT. MAJOR MICHAEL THAN, SR., sued in individual capacity,
DIRECTOR OF DENVER SHERIFF DEPT. GARY WILSON, sued in individual capacity,
    and
DENVER SHERIFF DEPT. SGT. B. MOORE, sued in individual capacity,

    Defendants.

ORDER OF DISMISSAL

On September 18, 2012, Magistrate Judge Boyd N. Boland entered an order directing Plaintiff, Beyene Zelalem, to file an amended complaint that clarifies the claims he is asserting in this action.  Mr. Zelalem was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Zelalem has failed to file an amended complaint within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's September 18 order.  Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Zelalem failed to comply with a court order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  25th  day of    October   , 2012.

BY THE COURT:


　　　　　s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court