IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02463-LTB

BEYENE ZELALEM,

    Plaintiff,

v.

CITY OF DENVER COLORADO, sued in individual capacity,
MAYOR MICHAEL B. HANCOCK, sued in individual capacity,
DENVER SHERIFF DEPT. CORRECTIONAL OFFICER DEPUTY ANDERSON, sued in
    individual capacity,
DENVER SHERIFF DEPT. MAJOR MICHAEL THAN, SR., sued in individual capacity,
DIRECTOR OF DENVER SHERIFF DEPT. GARY WILSON, sued in individual capacity,
    and
DENVER SHERIFF DEPT. SGT. B. MOORE, sued in individual capacity,

    Defendants.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 25, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 25 day of October, 2012.

                               FOR THE COURT,

                               JEFFREY P. COLWELL, Clerk

                               By: s/ S. Grimm
                                  Deputy Clerk